IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKSON S. BRUMLEY, ALBERT E. BRUMLEY, JR., BETTY BRUMLEY POCKRUS, W.J. BRUMLEY, KRISTI BRUMLEY LAXTON, MARK BRUMLEY, KERI BRUMLEY PILCHER, and ROLENE M. BRUMLEY,<br><br>　　Plaintiffs,<br><br>v.<br><br>ALBERT E. BRUMLEY & SONS, INC., INTEGRATED COPYRIGHT GROUP, INC., and ROBERT B. BRUMLEY,<br><br>　　Defendants. | Civil No. 3:08-1193<br>Judge Trauger |

**O R D E R**

It is hereby **ORDERED** that the parties shall file a joint status report concerning the status of this case by January 27, 2012.

It is so **ORDERED**.

ENTER this 19th day of January 2012.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　　　　U.S. District Judge