IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKSON S. BRUMLEY, ) <br> ALBERT E. BRUMLEY, JR., ) <br> W.J. BRUMLEY, KRISTI BRUMLEY LAXTON, ) <br> MARK BRUMLEY, ) <br> KERI BRUMLEY PILCHER, ) <br> ROLENE M. BRUMLEY, and BILL POCKRUS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALBERT E. BRUMLEY & SONS, INC., ) <br> INTEGRATED COPYRIGHT GROUP, INC., ) <br> and ROBERT B. BRUMLEY, ) <br> ) <br> Defendants. ) | Civil No. 3:08-1193 <br> Judge Trauger |

**O R D E R**

The court regrets to have to inform the parties that it must try a lengthy criminal case, beginning on April 22, 2014, the trial date scheduled for this case. The court offers the following alternative trial dates and requests that counsel contact Judge Trauger's courtroom deputy by April 4, 2014 to inform her of which of the following dates are satisfactory to try this case:

1. May 20, 2014

2. June 3, 2014

3. June 17, 2014

4. July 1, 2014

5. July 8, 2014

6. August 5, 2014

7. August 12, 2014

1

It is so **ORDERED**.

ENTER this 1st day of April 2014.

                                                  ALETA A. TRAUGER
                                                  U.S. District Judge